# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 167

In the Interest of J.G., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.G., child, T.R., father, | Respondents |
| and | |
| M.G., mother, | Respondent and Appellant |

## No. 20220189

In the Interest of M.G., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| M.G., child, T.R., father, | Respondents |
| and | |
| M.G., mother, | Respondent and Appellant |

## No. 20220190

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Connie S. Portscheller, Judicial Referee.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, N.D., for petitioner and appellee; submitted on brief.

Kyle R. Craig, Minot, N.D., for respondent and appellant; submitted on brief.

**Interest of J.G. & M.G.**
**Nos. 20220189 & 20220190**

**Per Curiam.**

[¶1]   M.G. appeals from a juvenile court order terminating her parental rights to her minor children, J.G. and M.G. The order also terminated the parental rights of the children's father, T.R. The juvenile court found the children were in need of protection, the conditions causing the need for protection were likely to continue and for that reason the children are suffering or will probably suffer serious physical, mental, moral, or emotional harm, and the children had been in foster care for at least 450 out of the previous 660 nights. N.D.C.C. § 27-20.3-20(1)(c)(1) and (2). The court terminated M.G.'s and T.R's parental rights.

[¶2]   On appeal, M.G. argues the juvenile court erred in terminating her parental rights, because the evidence in the record does not support the court's decision and the court failed to consider important evidence. After reviewing the record, we conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous. A finding that a child is in need of protection, plus either of the other two findings, provides an adequate and independent ground for termination. We conclude the court did not abuse its discretion in terminating M.G.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte

1